MAINTUP HOLDING CORPORATION, Plaintiff, v. GEORGE BADNER and Another, Respondents. HENRY G. SCHMIDT and Another, Appellants.— Order affirmed,

with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.